UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division Div

In Re: ) Case No.: 1736850
ANTHONY S. WOODSON )
) Chapter: 13
) Honorable JACQUELINE P COX
)
)
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Having heard the facts presented, it appearing to the court that the debtor has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to Section 1307 (c) (4) for failure by the debtor to make timely payments as proposed by the plan pursuant to the Section 1326 (a) (1).

Enter:

*Jacqueline P. Cox*
United States Bankruptcy Judge

Dated: 2/26/18

**Prepared by counsel of Movant:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

Rev:20081125